IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Dietz (deceased)                 :
by Judith Dietz,                        :
                    Petitioner          :
                                        :
        v.                              :
                                        :
Workers' Compensation Appeal            :
Board (Lower Bucks County Joint         :
Municipal Authority),                   :
                    Respondent          :          No. 2051 C.D. 2014

# **O R D E R**

NOW, September 29, 2015, upon consideration of "appellant's application for re argument", the application is denied.

_____
DAN PELLEGRINI,
President Judge